**Opinion issued October 28, 2025**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-24-00953-CV

———————————

**ROBERT BOSCH LLC, Appellant**

**V.**

**MICHAEL WHITE, Appellee**

---

**On Appeal from the 12th District Court**
**Grimes County, Texas**
**Trial Court Case No. 036116**

---

## MEMORANDUM OPINION

Appellant Robert Bosch LLC and appellee Michael White have filed a joint motion to dismiss this appeal because they have reached an agreement regarding dismissal of the underlying dispute. We grant the motion.

In accordance with the parties' request, we set aside the trial court's order of November 18, 2024 and remand to the trial court for further proceedings. *See* TEX. R. APP. P. 42.1(a)(2)(B). We further lift the order of February 11, 2025, which stayed all trial court proceedings. Any other pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Guerra, Guiney, and Johnson.